**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01068-CMA

LEONA C. VALDEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Reversing ALJ'S Decision Denying Disability Benefits of Judge Christine M. Arguello entered on May 13, 2014 it is

 the motion for entered orally by Judge Christine M. Arguello in open court on . It is

    ORDERED that the ALJ's denial of social security disability benefits is REVERSED. This case is REMANDED to the Commissioner for proceedings consistent with this Order.  It is

    FURTHER ORDERED that the Plaintiff is awarded her costs to be taxed by the Clerk of Court, pursuant to the procedures set forth in Fed. R. Civ. P. 54 (d)(1) and D.C.COLO.LCivR 54.1. Any motion for attorneys fees under Equal Access to Justice Act shall be filed within 30 days of final judgment.

Dated at Denver, Colorado this 14th day of May, 2014.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                              By:  s/   Sandra Hartmann

                                        Sandra Hartmann
                                        Deputy Clerk